UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20300-CR-MOORE/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAVON GRAHAM,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; DENYING DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE

THIS MATTER came before the Court upon Defendant's Motion to Suppress Physical Evidence and Incorporated Memorandum of Law (ECF No. 19).

THIS MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, who held an evidentiary hearing regarding the Motion (ECF No. 19) on June 13, 2011 and subsequently issued a Report and Recommendation on Defendant's Motion to Suppress Physical Evidence (ECF No. 27). The Report recommended that Defendant's Motion to Suppress Physical Evidence should be Denied. In response, Defendant filed Defendant's Objections to Report and Recommendation on Defendant's Motion to Suppress Physical Evidence (ECF No. 29).

UPON CONSIDERATION of the Defendant's Motion to Suppress Physical Evidence, Report and Recommendation, Defendant's Objection to the Report and Recommendation, the Transcript of the Hearing on the Motion to Suppress (ECF No. 24), after a de novo review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Suppress Physical Evidence (ECF No. 19) is DENIED. It is further

ORDERED AND ADJUDGED that Magistrate Judge Torres' Report and Recommendation (ECF No. 27) is ADOPTED.

Case No. 11-20300-CR-MOORE/TORRES

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2011.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: United States Magistrate Judge Torres
All Counsel of Record